UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  CR02-0358-RSM-JPD |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| SARAH JANE MERCER, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| _____ ) | |

An initial hearing on a petition for additional violation of supervised release was held before the undersigned Magistrate Judge on February 10, 2006.  The United States was represented by Assistant United States Attorney John Lulejian, and the defendant, by Mr. Matthew Belcher.  The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about July 11, 2003, for manufacturing counterfeit securities of the United States, fraudulent use of a person's identification, manufacturing false identification, and bank fraud. The defendant was sentenced to twenty-one (21) months in custody followed by five (5) years of supervised release.

On December 19, 2005, the U.S. Probation Office filed an initial violation report and summons request charging two violations of supervised release.  The Court issued a summons on January 3, 2006, and defendant appeared for an initial hearing on January 23, 2006.

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

Defendant admitted the alleged violations, and a disposition hearing was scheduled to be heard on February 10, 2006, before the Honorable Ricardo S. Martinez, United States District Judge.

On February 8, 2006, a Warrant for Arrest was issued to defendant on February 9, 2006, for further violations of the conditions of her supervised release. In the Request for Warrant Under Seal and Supplemental Violation Report, U.S. Probation Officer Christopher Luscher asserted the following violation by defendant, to be incorporated in this petition and in all future proceedings with the violations previously reported to the Court.

Violation No. (3): Using heroin on and before February 5, 2006, in violation of standard condition No. 7.

The defendant was advised of her rights, admitted to this violation, and waived any evidentiary hearing as to whether it occurred.

I therefore recommend that the Court find the defendant violated her supervised release as to violation No. 3, and that a hearing for disposition on all of the pending supervised release violations be set for February 17, 2006, at 10:00 a.m., before the Honorable Ricardo S. Martinez.

Pending a final determination by the Court, the defendant has been detained.

DATED this 13th day of February, 2006.

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:         The Hon. Ricardo S. Martinez
     AUSA:                   Mr. John Lulejian
     Defendant's attorney:   Mr. Matthew Belcher
     Probation officer:      Mr. Christopher Luscher